I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ *Petitioner*
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4·18·13

DEPUTY CLERK

JS -6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 13-1671-JSL (JPR)<br><br>　　**J U D G M E N T** |

　　Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 17, 2013　　*Spencer Letts*

　　　　　　　　J. SPENCER LETTS
　　　　　　　　U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY